300

Y. Additional information included in the description of property and improvements section of the report

1. For marketing purposes, there is no "named" 13th floor, however construction necessitates a 13th floor; hence, two different methods of numbering the floors exist and are shown below. Please note that all floor plans, apartment drawings, and other references to floors in this report utilize marketing floor designations.

| Construction Floor | Marketing Floor | Unit Designation |
|---|---|---|
| 1 | 1 | - |
| 2 | 2 | A |
| 3 | 3 | A-F, H, J-N, R-T |
| 4 | 4 | A-F, H, J-N, R-T |
| 5 | 5 | A-F, H, J-N, R-T |
| 6 | 6 | A-F, H, J-N, R-T |
| 7 | 7 | A-D, F, H, J-N, R-T |
| 8 | 8 | A-D, F, H, J-N, R-T |
| 9 | 9 | A-D, F, H, J-N, R-T |
| 10 | 10 | A-D, F, H, J-N, R-T |
| 11 | 11 | A-D, F, H, J-N, R-T |
| 12 | 12 | A-D, F, H, J-N, R-T |
| 13 | 14 | A-H, J, K, R-T |
| 14 | 15 | A, C-H, J, K, R-T |
| 15 | 16 | A-F, RH1, RH2 |
| 16 | 17 | A-F |
| 17 | 18 | A-F |
| 18 | 19 | A-F |
| 19 | 20 | A-F |
| 20 | 21 | A-F |
| 21 | 22 | A-F |
| 22 | 23 | A-F |
| 23 | 24 | A-F |
| 24 | 25 | A-F |
| 25 | 26 | A-F |
| 26 | 27 | A-F |
| 27 | 28 | A-F |
| 28 | 29 | A-F |
| 29 | 30 | A-F |
| 30 | 31 | A-F |
| 31 | 32 | A-F |

2. Floor plans for each unit are drawn to a graphic scale and show room dimensions: See attached plans.

3 Abbreviations for information on the attached plans are as follows:

    BOH    Back of House
    D/W    Dishwasher

28

301

| | |
|---|---|
| REF | Refrigerator |
| W/C | Wine Cooler |
| W/D | Washer Dryer |
| WIC | Walk in Closet |
| RH | River House |

**Z. Asbestos:** None

I have examined the records available at the New York City Department of Buildings and have personally inspected the premises. To the best of my knowledge and belief, this report contains an accurate description of the building. This report is not intended for the purpose of fixing financial value to the property. It is not within the scope of this report to note every future modification or deficiency of construction or maintenance. Except as specifically noted in this report, no representation is made as to the condition or legality of various elements in the building. The Mechanical, Electrical & Plumbing Engineer - Cosentini Associates, Structural Engineer - DeSimone Consulting Engineers, Environmental Engineers/Geotechnical – Langan Engineering, Elevator Consultant – Van Deusen and Associates, and Interior Designer – Rockwell Group are responsible for the work performed under their jurisdiction as indicated by their signed and sealed drawings associated with the architectural drawings on file with the New York City Buildings Department.

The foregoing constitutes a true, correct and complete Description of Property prepared by our firm for Site 16/17 Development LLC.

**AA. Further Development.**

No further development of the project site is anticipated

[signatures and notary stamp]

VALERIE L. TAYLOR
Notary Public, State of New York
No. 01TA5065619
Qualified in Queens County
Commission Expires Dec. 30, 2006

29

302

303

# EXHIBIT "5"

# FLOOR PLANS

G:\D\Ag...\PLANS\SITE 16-1702-6 Exh3h:5–Floor 25:;s:xpd

305

# RIVERHOUSE ON ROCKEFELLER PARK
### Battery Park City, New York

PARKING

Parking Area – 40,034 SQ.FT.
3719.16 SQ. M.

```
 2    10      20
 1    5   15  BARSCALE
```

SUBCELLAR

THIS FLOOR PLAN IS BASED ON CONSTRUCTION DRAWINGS AND IS SUBJECT TO NORMAL CONSTRUCTION VARIANCES AND TOLERANCES. THE SQUARE FOOTAGE ON THIS FLOOR PLAN EXCEEDS THE USABLE FLOOR AREA. MINOR INACCURACIES IN SQUARE FOOTAGE AND INACCURACIES IN LAYOUT AND ROOM DIMENSIONS AS SHOWN ON THIS FLOOR PLAN WILL NOT EXCUSE A PURCHASER FROM COMPLETING THE PURCHASE OF A UNIT WITHOUT ABATEMENT IN PRICE OR RECOURSE AGAINST SPONSOR. SPONSOR RESERVES THE RIGHT TO MAKE CHANGES TO A UNIT IN ACCORDANCE WITH THE OFFERING PLAN.

N







