United States District Court
Southern District of New York

Michael Gordon,

AFFIDAVIT OF SERVICE

Plaintiff(s)

Civil Action No 11 CIV 00427

-against-

Site 16/17 Development, LLC, BPC Mezz, LLC,
Sheldrake Site 16/17 Development, et al.,

Defendant(s)

State of New York )
             ss:
County of Albany )

Mary M Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 27, 2011 at approximately 3:20 PM deponent served the following specific papers Summons in a Civil Action and Complaint with Exhibits; Civil Cover Sheet; Individual Practices of Hon. Richard M Berman dated October 2003; Individual Practices of Naomi Reice Buchwald dated May 29, 2003; Notice of Pre-Trial Conference; Case Management Plan; and Electronic Case Filing Rules & Instructions dated August 1, 2008, that the party served was Sheldrake Site 16/17 Development Company LLC, one of the defendants in this action, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving the papers with Cathy Krieger-Jewell, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 100-130 lbs, being an authorized person in Corporation Service Company and empowered to receive such service

                                                         _____
                                                             Mary M. Bonville

Sworn to before me this 27th day of January, 2011

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014