USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL GORDON,

                Plaintiff,

     - against -

SITE 16/17 DEVELOPMENT, LLC,

                Defendant.
------------------------------------------------------------x

11 Civ. 427 (RMB)

**ADMINISTRATIVE ORDER**

     Plaintiff is hereby directed to file its proposed motion for default judgment by March 29, 2011 at 5:00 p.m (see the Court's individual rules).

Dated: New York, New York
         March 22, 2011

                                                           _____
                                                            RICHARD M. BERMAN, U.S.D.J.