**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/11

---------------------------------------------------------------x

MICHAEL GORDON,                          :
                                         :
                    Plaintiff,           :
                                         :     11 Civ. 427 (RMB)
        - against -                      :
                                         :     **ORDER OF DISCONTINUANCE**
SITE 16/17 DEVELOPMENT, LLC,             :
                                         :
                    Defendant.           :
---------------------------------------------------------------x

By Order, dated March 22, 2011, the Court directed Plaintiff "to file its proposed motion

for default judgment by March 29, 2011 at 5:00 p.m." Plaintiff having failed to file such motion,

it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued for

failure to prosecute.

Dated: New York, New York
       March 30, 2011

**RICHARD M. BERMAN, U.S.D.J.**