UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MICHAEL GORDON,  : Case No.: 11-cv-00427 (RMB)

                Plaintiff, :

    -against- : **DEFAULT JUDGMENT**

SITE 16/17 DEVELOPMENT, LLC, :
BPC MEZZ LLC, SHELDRAKE
SITE 16/17 DEVELOPMENT :
COMPANY LLC, and SITE 16/17
INVESTORS LLC, :

                Defendants. :

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/11

This action having been commenced by the filing of a complaint and the issuance of a summons on January 20, 2011, upon the reading and filing of plaintiff's motion for an order granting to it default judgment, upon the affidavit of Thomas B. Decea sworn to on April 15, 2011 establishing the default of all defendants in answering, and upon all the papers filed and prior proceedings heretofore had herein;

WHEREAS, in compliance with the order to show cause signed by the Court on April 19, 2011, Plaintiff served each defendant with a copy of the signed order to show cause together with the papers upon which it was based by personal service on April 21, 2011; and

WHEREAS, all of the defendants have defaulted in answering the complaint and further failed to submit answering papers to the motion for default judgment by personal service on Plaintiff's counsel by May 4, 2011;

NOW, on motion of Danzig Fishman & Decea, attorneys for plaintiff, it is

ORDERED, ADJUDGED AND DECREED, that plaintiff's motion for default judgment be,

and the same hereby is, granted against all defendants for the relief sought in the complaint; and it is further

ORDERED, ADJUDGED AND DECREED, that an inquest will be held in front of the Magistrate Judge Peck ~~Honorable Richard M. Berman, United States District Judge, or as otherwise referred by the Court, on the ___ day of _____, 201~~1 to determine the amounts due and owning to Plaintiff for interest, attorneys' fees and court costs pursuant to 15 U.S.C. § 1709(c).

SO ORDERED:

_RMB_
U.S.D.J.
5/16/11

2